THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL F. LEBAK, for Himself, as a Private Attorney General, and/or On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RING LLC,<br><br>　　　　　　　　Defendant. | CASE NO. C20-0603-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff has filed a notice of voluntary dismissal (Dkt. No. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this notice is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 20th day of May 2020.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　Deputy Clerk